UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80028-ROSENBERG/BRANNON

JOHN JOSEPH HEISER,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Final Order of Dismissal [DE 41]. In light of the parties' stipulation, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** and Defendant's claims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees and costs except as otherwise agreed.

2. As the parties have expressly conditioned the effectiveness of their Joint Stipulation on the Court's entry of an order retaining jurisdiction, the Court retains jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

3. This case remains **CLOSED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of August, 2017.

*[signature]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record